JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-7063
   Fax:        (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF AMERICA, a National Banking Association,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. C-09-01887-EMC<br><br>STIPULATION AND PROPOSED ORDER |

      This Stipulation is made to be effective as of July 1, 2009 between plaintiff Bank of America ("plaintiff") and defendant United States of America, through its agency the Internal Revenue Service ("defendant"), as follows:

      1.     In accordance with the provisions of 18 U.S.C. Section 636(c), the parties consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and entry of a final judgment, and voluntarily waive the right to proceed before a United States District Judge.

      2.     It is hereby stipulated by and between plaintiff and defendant, through their respective counsel, that plaintiff's interest in the subject real property in the amount of $1,483,846.38 is prior and superior to the interests of defendant.

///

1      3.     It is further stipulated that this matter be dismissed, each party to bear its own costs and attorneys' fees.

JOSEPH P. RUSSONIELLO  
United States Attorney

/s/ William E. Robinson            /s/ Blake D. Stamm  
WILLIAM E. ROBINSON.           BLAKE D. STAMM  
Attorney for Plaintiff                Assistant United States Attorney  
                                          Tax Division  
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   July 16, 2009



THE HONORABLE EDWARD M. CHEN  
UNITED STATES MAGISTRATE

Stip and Proposed Order  
(No. C-09-01887-EMC)                      2